NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY TACY,                      )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D17-4547
                                   )
KEVIN RAMBOSK, in his              )
official capacity as Sheriff of    )
Collier County, Florida,           )
                                   )
                                   )
          Appellee.                )
_____    )

Opinion filed March 20, 2019.

Appeal from the Circuit Court for
Collier County; Lauren L. Brodie, Judge.

Timothy Tacy, pro se.

Adriana M. Jisa of Purdy, Jolly,
Giuffreda, Barranco & Jisa, P.A., for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.